UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIO CESAR NAVAS,<br><br>                        Plaintiff,<br>v.<br>POLAHA, *et al.*,<br>                        Defendants. | Case No. 3:18-cv-00019-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 8) ("R&R") relating to Plaintiff's application to proceed in forma pauperis ("IFP") (ECF Nos. 5, 7) and *pro se* complaint (ECF No. 1-1). Plaintiff had until June 19, 2018 to file an objection. (ECF No. 5.) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to

1 | which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Although Plaintiff has not objected to the R&R, the Court will conduct a *de novo* review to determine whether to adopt the R&R. Judge Cobb recommends granting Plaintiff's IFP application. (ECF No. 8 at 2.) Judge Cobb further recommends dismissing Plaintiff's claims with prejudice. (*Id.* at 4.) Having reviewed the R&R and the proposed complaint, the Court agrees and will adopt the R&R.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 8) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 5, 7) is granted. However, Plaintiff will be required, to pay, through NDOC, an initial partial filing fee in the amount of $13.84, within thirty days of the entry of this Order. Thereafter, whenever his prison account exceeds $10, Plaintiff will be required to make monthly payments in the amount of twenty percent of the preceding month's income credited to his account until the full $350 filing fee is paid. The Clerk is directed to send a copy of any this Order to the attention of Chief of Inmate Services for the Nevada Department of Prisons, P.O. Box 7011, Carson City, NV 89702.

It is further ordered that the Clerk detach and file the complaint (ECF No. 1-1).

It is further ordered Plaintiff's claims are dismissed with prejudice.

///

///

///

The Clerk is directed to enter judgment in accordance with this Order and close this case.

DATED THIS 17th day of July 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE